AO 91 (REV.5/85) Criminal Complaint

SAUSA M. David Habich, (312) 829-8931

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ROBERTO BARRERA

(Name and Address of Defendant)

FILED

JAN 3 0 2009

JAN 30 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE DENLOW

CRIMINAL COMPLAINT

CASE NUMBER: 09 CR 085

09 CR 085

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 21, 2001 in Cook county, in the Northern District of Illinois defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title 18 United States Code, Section(s) 1073.

I further state that I am a(n) FBI Special Agent (Official Title) and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**Pablo Araya**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

January 30, 2009
Date

at Chicago, Illinois
City and State

Morton Denlow, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**STATE OF ILLINOIS** )
) **ss**
**COUNTY OF COOK** )

A F F I D A V I T

I, PABLO ARAYA, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for over thirteen years. I am currently assigned to the FBI's Chicago Division as the Fugitive Coordinator and as such, am familiar with fugitive investigations. The information contained in this affidavit was furnished by Detective G. JONES of the Chicago Police Department (CPD) unless otherwise indicated.

2. On September 16, 2001, ROLANDO RODRIGUEZ and his brother LORENZO RODRIGUEZ were shot during a domestic dispute involving rent money in Chicago, Illinois. LORENZO RODRIGUEZ died as a result of the injuries. Subsequent investigation by the CPD identified ROBERTO BARRERA as the suspect in the murder. On September 27, 2001, the Circuit Court of Cook County, Illinois, issued a warrant for the arrest of BARRERA after he was charged with one count of First Degree Murder, a felony. A copy of the arrest warrant is attached to this affidavit.

3. Investigation conducted by the CPD failed to locate BARRERA in Chicago. BARRERA's spouse, FAUSTA MATA, and stepchildren, who were witnesses to the shooting, advised CPD investigators that BARRERA fled the Chicago area after the homicide and returned to his native Mexico.

4. A review of MATA's phone records revealed that she received an incoming call from a Houston, Texas telephone number the day after the shootings. MATA confirmed that the call was made by BARRERA, who advised MATA that he was not returning to Chicago. However, as there were no set formal extradition procedures with Mexico at the time, the matter was not pursued.

5. In light of several recent successful extraditions from Mexico, this case was recently reexamined by CPD. On January 27, 2009, CPD requested the assistance of the FBI in locating BARRERA in Mexico.

6. Based upon the information contained in this affidavit, I believe ROBERTO BARRERA fled the State of Illinois to avoid prosecution for First Degree Murder.

7. The Cook County State's Attorney's Office will extradite BARRERA when he is apprehended.

P. ARAYA
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before
me this 30th day of January, 2009

Morton Denlow
United States Magistrate Judge

Sep-27-01 09:03A P.02

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
VS
ROBERTO BARRERA

CASE NO. 01110353401 W001
WARRANT TYPE ( ARR )

ARREST WARRANT 0/0

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) ROBERTO BARRERA for the offense of
(Description) FIRST DEGREE MURDER
(Chapter) 720 (Section) 5/9-1A-1
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook
(Room) 1
County at (Location) BRANCH 66 BRANCH (66)
2600 S. CALIFORNIA
CHICAGO, IL 60608
at 9:00 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

Issued in Cook County 09/27/2001
Bail fixed at $ -- NO BAIL

GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

Judge ______ Code 1770
MICHAEL R. KEEHAN

______
(Geographic Limitations)

______
Prosecutor

Judge ______ Code 1770
MICHAEL R. KEEHAN

Witness: Dorothy Brown, Clerk of the Court and seal thereof, 09/27/2001

Clerk of the Circuit Court Dorothy Brown By Deputy Clerk ______

Name ROBERTO BARRERA
Alias 2119 S Fairfield Av
Residence City CHICAGO IL State Zip 60623

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|---|---|---|---|---|---|---|---|---|
| M | WHTHIS | 5' 5" | 185 lbs | 06/06/1967 | 34 | MEDIUM | | |

IR 001200094 | CB DCN 014503513 | FBI | ISID 00000000000 | SSN 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 | BOND NO 000000000

Complainant's Name JONES G GREGORY
Address 3151 W HARRISON City CHGO State IL Zip
Arresting Officer GREGORY JONES Star No. 21285
Agency/Unit MISC GENERAL

Reviewed By: ______ Prosecutor Audited By: ______ Clerk

Prepared by: SCOTT.BILL Printed: 09/27/2001 08.57:54 System: FLP1.D135.FL03.BIL

CLERK OF THE CIRCUIT COURT OF COOK COUNTY